IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REX DITTO,**

*Plaintiff*,

v.                                                      Case No.: 4:23cv335-MW/MJF

**DOCTOR LEECOK,** *et al.*,

*Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. The Magistrate Judge recommends dismissal of Plaintiff's amended complaint because Plaintiff failed to allege sufficient facts to state plausible Eighth and First Amendment claims under 42 U.S.C. § 1983. ECF No. 10 at 17.

Because Plaintiff failed to file any objections, this Court reviews the Report and Recommendation for clear error.[1] Upon review, there is no clear error in the Magistrate Judge's Report and Recommendation. This Court pauses to note, though,

---

[1] This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. This Court also confirmed that Plaintiff still resides at his address on record. *See generally* https://fdc.myflorida.com/OffenderSearch/Search.aspx.

that Plaintiff may still be able to allege facts that give rise to a plausible Eighth Amendment claim based on Defendant's alleged withholding of gender affirming care—namely, regular shaving services—in an attempt to influence Plaintiff's consultation with a doctor for further care. Plaintiff's amended complaint, however, omits any factual allegations regarding the harm Plaintiff suffered during the period without gender affirming care or more detailed factual allegations supporting Defendant's motive for withholding this care.[2] Nor does Plaintiff's amended complaint permit these facts to be reasonably inferred. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's amended complaint, ECF No. 9, is **DISMISSED without prejudice**.

---

[2] The Report and Recommendation, however, should not be read to foreclose any Eighth Amendment claim from Plaintiff. The Report and Recommendation notes that Plaintiff's harm is limited because, under a new Florida law, the range of gender affirming care available to inmates is limited. ECF No. 10 at 10–11. For purposes of Plaintiff's federal claim, however, it's more complicated. Florida law on the gender affirming care available to inmates with gender dysphoria has no bearing on the level of care due under the Eighth Amendment. Put another way, just because a new Florida law limits the care available to Plaintiff does not mean that Plaintiff has not suffered an injury for Eighth Amendment purposes. Further, the Report and Recommendation implies that because it appears that Plaintiff's assessment by a doctor was not compromised by Defendant's alleged actions, Plaintiff has not plausibly alleged harm. *See id.* at 9. This is also more complicated. Even if Plaintiff's assessment was not impacted by Defendant's alleged actions, withholding gender affirming care in an attempt to influence this consultation may state a plausible claim under the Eighth Amendment.

3. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 9, is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b), for failure to state a claim upon which relief can be granted."

4. The Clerk shall close the case file.

**SO ORDERED on December 5, 2023.**

s/Mark E. Walker  
**Chief United States District Judge**
